DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUY CHERUBIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2958

[March 19, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 08-24301 CF10A.

Guy Cherubin, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***